UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)   www.flsb.uscourts.gov
SIXTH (6th) AMENDED Chapter 13 Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Jack W. Palo            JOINT DEBTOR: Taryn Palo        CASE NO.: 11-29381-BKC-RBR
Last Four Digits of SS#:   5285            Last Four Digits of SS#: 0885

This document is a plan summary. Additional data is on file in clerk's office attached to original plan.

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.    $136.13 for months    1    to  60  ;
  in order to pay the following creditors:

  Administrative:    Attorney's Fee - $4425.00    Total paid: $3000.00
  ($3650.00 attorney's fee for the Chapter 13 bankruptcy and $150.00 adminstrative fee, $750.00 for the motion to value/strip and $25.00 administrative fee)
  Balance Due    $1425.00/Payable $109.62/mo (Months 1 to 13)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)]  Mortgage(s)/Liens on Real or Personal Property:

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)]  Mortgage(s)/Liens on Real or Personal Property:
IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Description of Collateral and Value of Collateral | Secured Creditor | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Debtor's homestead property located at 2432 NE 20 Terrace, Lighthouse Point, FL 0.00 | Bank of America (account number | 0 | 0 | 0 | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507]  N/A

Unsecured Creditors:  Pay $14.13/mo (Months 1 to 13) and pay $123.75/month  (Months 14 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtors are paying the first mortgage payments to Bank of America (account number 9965) directly for the homestead property located at 2432 NE 20 Terrace, Lighthouse Point, FL. Bank of America shall recommence billing on this secured debt as the creditor is being directly paid by the debtors.

Debtors are paying Bank of America (account number 5051) directly for the property located at 24300 Howard Creek Road, Westport, CA. Bank of America shall recommence billing on this secured debt as the creditor is being directly paid by the debtors.

Debtors are paying Ally Financial (account number 2352) directly for the 2008 Ford Edge. Ally Financial shall recommence billing on this secured debt as the creditor is being directly paid by the debtors.

Debtors are surrendering the property located at 2495 SE 5 Street, Pompano Beach, FL liened by Wells Fargo (account number 5336), TD Bank/SBA and Broward County.

In the event that the debtors are entitled to any proceeds in connection with the alleged fraud in connection with their purchase of a business against the seller and lender, the debtors agree to modify their plan to increase distribution to unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Lloyd A. Baron
_____
LLOYD A. BARON, ESQ.
ATTORNEY-IN-FACT

1/18/12