UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                    CASE NO. 11-29381-BKC-RBR
                                          CHAPTER 13
JACK W. PALO
TARYN LYN PALO

Debtors                          /

## NOTICE OF FILING LETTER FROM BANK OF AMERICA REFLECTING BALANCE OWED AS OF DATE OF FILING

COME NOW, the Debtors, JACK W. PALO and TARYN LYN PALO, and file this Notice of Filing:

Letter from Bank of America reflecting balance owed on homestead property as of the date of the filing of the bankruptcy.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was sent via electronic or U.S. Mail to all interested parties as shown on the attached Service List, this 16th day of February, 2012.

Dated: February 16, 2012.

LAW OFFICES OF LLOYD A. BARON, P.A.
Attorneys for Debtor(s)
2855 N. University Dr., #520
Coral Springs, FL 33065
(954) 796-2100

By: /s/ Lloyd A. Baron
    Lloyd A. Baron
    Florida Bar No. 790974

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

Service List:

Robin R. Weiner, Trustee
POB 559007
Ft. Lauderdale, FL 33355

Jack W. Palo
Taryn Lyn Palo
2432 NE 20 Ter.
Lighthouse Point, FL 33065

Asst. US Trustee
51 SW 1 Ave., Room 1204
Miami, FL 33130

Victor H. Veschio, Esq.
2001 W. Kennedy Blvd.
Tampa, FL 33606

**Bank of America**
Home Loans

P.O. Box 5170
Simi Valley, CA 93062-5170

JACK W PALO JR & TARYN LYN PALO
2432 NE 20th Ter
Lighthouse Point, FL 33064

Notice Date: 02/15/2012

Account No.:   9665

Property Address:
2432 NE 20TH TER
LIGHTHOUSE POINT, FL 33064

### ABOUT YOUR LOAN

Attached is a loan history that provides a detailed outline of transactions for the above-referenced account number.

Please note that this history provides pertinent information on payments received, tax and insurance payments disbursed, and late charges assessed and paid.

If you need additional information or assistance, you can contact us online any time. Simply log on to your account at www.bankofamerica.com and Select 'Message Center.' With your online account, you will also have access to many other convenient services, such as: updating your account information, viewing current and historical monthly statements, and much more. Or, if you prefer, you can call one of our Customer Service Representatives directly at 1-800-669-6607.

### THANK YOU FOR YOUR BUSINESS

You are a valued customer here at Bank of America, N.A. and it is our continued goal to provide our customers with the highest level of customer satisfaction.

If you need further assistance, please contact our Customer Service Department directly at 1-800-669-6607.

This communication is from Bank of America, N.A., the servicer of your home loan.

LNHISTF 7473/9944 06/27/2007

**Bank of America**
**Home Loans**

Page 3

Account Number: 9665
Statement Period: 06/2011 - 02/2012
Date Prepared: 02/15/2012

Property Address:
2432 NE 20TH TER
LIGHTHOUSE POINT, FL

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | 181,556.09 | | .00 | | | | .00 |
| 06/01/2011 | REGULAR PAYMENT | 949.48 | 06/2011 | 230.82 / 181,325.27 | 718.66 | .00 / .00 | .00 | .00 | .00 / .00 | .00 / .00 |
| 07/01/2011 | REGULAR PAYMENT | 949.48 | 07/2011 | 231.73 / 181,093.54 | 717.75 | .00 / .00 | .00 | .00 | .00 / .00 | .00 / .00 |
| 08/03/2011 | REGULAR PAYMENT | 949.48 | 08/2011 | 232.65 / 180,860.89 | 716.83 | .00 / .00 | .00 | .00 | .00 / .00 | .00 / .00 |
| 08/31/2011 | REGULAR PAYMENT | 949.48 | 09/2011 | 233.57 / 180,627.32 | 715.91 | .00 / .00 | .00 | .00 | .00 / .00 | .00 / .00 |
| 10/03/2011 | REGULAR PAYMENT | 949.48 | 10/2011 | 234.50 / 180,392.82 | 714.98 | .00 / .00 | .00 | .00 | .00 / .00 | .00 / .00 |
| 11/07/2011 | REGULAR PAYMENT | 949.48 | 11/2011 | 235.43 / 180,157.39 | 714.05 | .00 / .00 | .00 | .00 | .00 / .00 | .00 / .00 |
| 01/10/2012 | REGULAR PAYMENT | 949.48 | 12/2011 | 236.36 / 179,921.03 | 713.12 | .00 / .00 | .00 | .00 | .00 / .00 | .00 / .00 |
| 01/13/2012 | REGULAR PAYMENT | 949.48 | 01/2012 | 237.29 / 179,683.74 | 712.19 | .00 / .00 | .00 | .00 | .00 / .00 | .00 / .00 |
| 02/02/2012 | REGULAR PAYMENT | 949.48 | 02/2012 | 238.23 / 179,445.51 | 711.25 | .00 / .00 | .00 | .00 | .00 / .00 | .00 / .00 |